Leslie T. Gladstone, Trustee (SBN 144615)
Christin A. Batt, Esq. (SBN 222584)
FINANCIAL LAW GROUP
5785 La Jolla Blvd., Ste. A
La Jolla, CA 92037
Telephone: (858) 454-9887
Facsimile: (858) 454-9596

Attorneys for Leslie L. Gladstone, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re: | ) | Case No.: 05-07887-JM7 |
|---|---|---|
| KATHRYN S. SNYDER, | ) | Chapter 7 |
| Debtor. | ) | **NOTICE OF MOTION AND MOTION TO SELL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, SUBJECT TO OVERBID, FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS** |
| | ) | Date: **April 9, 2010**<br>Time: **10:00 a.m.,**<br>Dept: **One (1)**<br>Judge: **Honorable James W. Meyers** |

PLEASE TAKE NOTICE that a hearing will be held on April 9, 2010, at 10:00 a..m., in Department One (1) of the above-entitled Court, located at 325 West F Street, San Diego, California, the Honorable James W. Meyers, presiding, on motion of Leslie T. Gladstone, the Chapter 7 Trustee (the "Trustee"), to sell the Debtor's real property located at 1402 Wilbur, San Diego, California 92109 (the "Property") to Matt Browar ("Buyer") for a net purchase price of $835,000.00, subject to overbid at the sale hearing.  The Property shall be conveyed "as is, where is" and free and clear of liens, claims and interests.  The Trustee is informed and believes that Greenpoint Mortgage Funding, Inc., has a mortgage on the home in the amount of approximately $680,000.00.

This motion is supported by this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the Declaration of Leslie T. Gladstone filed concurrently herewith.  Any party wanting

to obtain a copy of these documents may make a written request of the undersigned and a copy will be provided, or a copy may be obtained from the clerk of the Bankruptcy Court, 325 West "F" Street, San Diego, California, during the Court's business hours.

A.     General Background.

On or about August 25, 2005, Kathryn S. Snyder (the "Debtor") filed her chapter 7 bankruptcy petition, and the Trustee was appointed chapter 7 trustee in the bankruptcy case on the same date. The bankruptcy case was initially ordered closed on December 6, 2005. Upon motion by the United States Trustee, this Court ordered the case reopened and the Trustee reappointed on September 21, 2007.

In late 1992, the Debtor acquired title to certain real property located at 1402 Wilbur Avenue, San Diego, California 92109 (the "Real Property"). Immediately thereafter, the Debtor transferred the Real Property to her revocable living trust. In 2002, the Debtor, as trustee of the self-settled trust, transferred the Real Property to her mother, M. Elaine Snyder. In 2005, the Debtor filed her bankruptcy petition. In 2006, after closure of the Debtor's bankruptcy case, the Debtor instructed her mother to transfer the Real Property, for no consideration, to The Simon Trust, which was found by the Court to be another Debtor self-settled trust. Since acquiring the Real Property in 1992, the Debtor continuously resided at the Real Property until approximately June 10, 2009. The Debtor was then hospitalized on or about June 10, 2009, and passed away on June 21, 2009.

On May 18, 2009, the Trustee employed James Schmidt of Coldwell Banker Residential Brokerage to list the Property for sale. On June 5, 2009, an order was entered approving the employment of Coldwell Banker Residential Brokerage. The listing has resulted in a signed Purchase Agreement, subject to overbid and court approval. A copy of the Purchase Agreement and Counteroffer are attached to the Gladstone Declaration as Exhibit "A."

/ / /

/ / /

B. <u>The Sale Transaction</u>.

    (1)    Purchase Price: $835,000.00 payable as follows: $10,000.00 deposit, and the remaining balance of the Purchase Price payable within ten (10) days after entry of a sale order.

    (2)    "As-Is, Where-Is": The sale is as-is, where-is, no representations, no warranties.

    (3)    Conditions to Buyer's Obligations to Close: Entry of a sale order.

    (4)    Closing Date: The fifteenth (15th) day after entry of the sale order.

    (5)    Sale Free-and-Clear: The Property will be sold to Buyer or the successful overbidder free and clear of any and all liens, claims, encumbrances, with the lien held by Greenpoint Mortgage Funding, Inc., attaching to the sale proceeds.

    (6)    Buyer Breach: If Buyer or the successful overbidder fails to close, without excuse, such buyer will forfeit its $10,000.00 deposit as liquidated damages.

    (7)    Treatment of Liens, Claims, Encumbrances, and Other Interests: As authorized by Section 363(f) of the Bankruptcy Code, the sale will be free and clear of all liens, claims, encumbrances and other interests ("Liens"), with such Liens attaching to the sale proceeds with the same validity, scope, priority, and perfection as they had on the Property immediately prior to the closing. The Trustee is informed and believes that Greenpoint Mortgage Funding, Inc., holds the mortgage on the subject Property.

    (8)    Overbid Terms: The Trustee seeks approval of the sale of the Property subject to overbid on the following terms:

        (a)    Initial Overbid: $845,000.00

        (b)    Subsequent Incremental Bids: $10,000.00

        (c)    Deposit to Bid: $10,000.00

        (d)    Prequalification Deadline: March 9, 2010, at Noon (PDT)

        (e)    Conditions to Close: None, other than entry of sale order.

(9) Overbid Procedure: In order to be allowed to overbid, a party must present each of the following to the Trustee, on or before the Prequalification Deadline set forth above:

(a) Good funds (i.e., cashier's check or wire transfer) in the amount of $10,000.00, payable to Estate of Snyder, Leslie T. Gladstone, Trustee, as a deposit, nonrefundable to the successful overbidder, unless the successful overbidder's obligation to close is excused. These funds will be deposited into the Trustee's account and will be promptly refunded to unsuccessful overbidders following the conclusion of the sale hearing. The deposit of the successful overbidder shall be applied to the final purchase price ordered by the Court.

(b) Evidence, satisfactory to the Trustee, that the overbidder has the financial wherewithal to close the transaction. Such evidence must include, at a minimum, financial statements of the overbidder or party responsible for the overbidder's obligations, certified under penalty of perjury as true and correct.

(10) The successful overbidder will be required to execute, at the hearing, an overbid agreement. This overbid agreement will be similar to the Purchase Agreement and is not negotiable. Interested parties may contact the Trustee to obtain a copy of the overbid agreement.

The proceeds from this sale are estimated to result in approximately $80,000.00, after payment of the outstanding mortgage on said Property and costs of sale. The Trustee believes that the sale is in the best interest of the estate and in her business judgment should be approved.

///
///
///
///
///

Any opposition to this motion must be filed with the Bankruptcy Court and served on the undersigned no later than 14 days from the date this motion is served (an additional three (3) days is allowed for service by mail).  Failure to file an opposition will be deemed a consent to the motion.

                                        FINANCIAL LAW GROUP

Dated:  February 10, 2010                  By: /s/ Leslie T. Gladstone
                                                   Leslie T. Gladstone
                                                   Attorneys for Leslie T. Gladstone, Trustee

## PROOF OF SERVICE

I, the undersigned, hereby declare as follows:

I am employed in the City of La Jolla, County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is 5785 La Jolla Boulevard, Ste. A, La Jolla, California 92037.

On February 10, 2010, I caused to be served:

**NOTICE OF MOTION AND MOTION TO SELL PROPERTY PURSUANT TO 11 U.S.C. SECTION 363, SUBJECT TO OVERBID, FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, OTHER THAN CURRENT LEASE**

on the parties in this action by placing a true and correct copy thereof in a sealed envelope(s), addressed as follows:

| | |
|---|---|
| A. Kenneth Hennesay, Esq., <br> Allen Matkins Leck Gamble Mallory & Natsis, LLP <br> 1900 Main Street, 5th Floor <br> Irvine, CA 92614-7321 <br> ***VIA FIRST CLASS MAIL*** | United States Trustee <br> 402 West Broadway, Ste. 600 <br> San Diego, CA 92101 <br> ***VIA FIRST CLASS MAIL*** |

## AND SEE ATTACHED SERVICE LIST

■	(BY FIRST-CLASS U.S. MAIL) I placed each such sealed, prepaid envelope, for collection and mailing at Financial Law Group, La Jolla, California, following ordinary business practices. I am familiar with the practice of Financial Law Group for collection for U.S. mail, said practice being that in the ordinary course of business, correspondence is picked up at our office the same day as it is placed for collection. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on February 10, 2010, at La Jolla, California.

/s/ Candi Collins
Candi Collins

| | | |
|---|---|---|
| Accounts Receivable Management, Inc.<br>PO Box 129<br>Thorofare, NJ 08086-0129 | American Agencies<br>2158 W. 190th St.<br>Torrance, CA 90504 | Anesthesia Services Medical Group<br>PO Box 85004<br>San Diego, CA 92186 |
| Aspire<br>PO Box 105341<br>Atlanta, GA 30348 | Asset Acceptance, LLC<br>PO Box 2036<br>Warren, MI 48090 | AT&T<br>C/O ARSI, Inc.<br>PO Box 1025<br>Thousand Oaks, CA 91358 |
| Bank Of America<br>C/O Asset Acceptance, LLC<br>PO Box 9063<br>Brandon, FL 33509-9063 | Capital One Bank<br>PO Box 26030<br>Richmond, VA 23260-6030 | eCast Settlement Corporation<br>PO Box 35480<br>Newark, NJ 07193-5480 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada and its Assigns<br>POB 35480<br>Newark NJ 07193-5480 | Emergency Acute Care Medical Group<br>PO Box 81243<br>San Diego, CA 92138-1243 | Gerald E. Moore & Associates<br>PO Box 724087<br>Atlanta, GA 31130 |
| Ivan Trahan<br>8765 Aero Drive<br>Suite 220<br>San Diego, CA 92123 | Jeffrey Fritz, Esq.<br>3638 Camino Del Rio N., #280<br>San Diego, CA 92108 | Kathryn S. Snyder<br>1402 Wilbur Ave.<br>San Diego, CA 92109 |
| Leslee Noland, Esq.<br>8320-79 Via Sonoma<br>La Jolla, CA \92037 | Margorie Coburn, PhD<br>836 Prospect, #101<br>La Jolla, CA 92037 | Medical Accounts Control<br>24404 S. Vernon Ave., #200<br>Harbor City, CA 90710-0345 |
| Midland Credit Management, Inc.<br>8875 Aero Dr., #200<br>San Diego, CA 92123 | Minolta<br>100 Williams Dr.<br>Ramsey, NJ 07446 | Nordstrom<br>PO Box 6565<br>Englewood, CO 80155 |
| Orchard Bank<br>PO Box 60102<br>City Of Industry, CA 91716-0102 | Penny Angel-Levy, MFT<br>5060 Shoreham Place, #200<br>San Diego, CA 92122-5977 | Quest Diagnostics<br>PO Box 41652<br>Philadelphia, PA 19101-1642 |
| Radiology Medical Group<br>PO Box 34307<br>San Diego, CA 92163 | Robin Tarbox-Roland<br>4700 Spring St., #306<br>La Mesa, CA 91941 | San Diego Medical Services<br>C/O Rural Metro Corporaiton<br>8401 E. Indian School Rd.<br>Scottsdale, AZ 85251 |
| San Diego Medical Services<br>PO Box 1026<br>Scottsdale, AZ 85252-1026 | Scripps Health - La Jolla<br>C/O California Business Bureau<br>4542 Ruffner St., #160<br>San Diego, CA 92111 | Scripps Hospital - Mercy<br>PO Box 501808<br>San Diego, CA 92150 |

| | | |
|---|---|---|
| Sharon Kalemkiarian, Esq.<br>2250 Third Ave.<br>San Diego, CA 92101 | Sharp Children's MRI Center<br>C/O CMRE Financial Services<br>3075 E. Imperial Highway<br>Brea, CA 92821 | The Sherman Company<br>PO Box 222<br>Clouderoft, NM 88317-0222 |
| Torrey Pines Dermatology<br>9850 Genesee Ave., #460<br>La Jolla, CA 92037 | Transworld Systems<br>8880 Rio San Diego Dr., #107<br>San Diego CA 92108 | United States Trustee<br>Office of the U.S. Trustee<br>402 West Broadway, Suite 600<br>San Diego, CA 92101-8511 |
| Valentine & Kebartas, Inc.<br>PO Box 325<br>Lawrence, MA 01842 | | |